### 15503.   BASSETT *v.* MAYOR AND COUNCIL OF MADISON.

LUKE, J.  1. The court did not err in requiring the plaintiff to amend his petition to meet the demurrers, nor in allowing the defendant to amend its answer over the objection that the answer was irrelevant and did not set up a legal defense.

2. The plaintiff having failed to prove his case as laid in his amended petition, the court did not err in awarding a nonsuit.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JUNE 11, 1924.

Action for damages; from Morgan superior court—Judge Park. March 4, 1924.

*O. J. Tolnas, E. R. Lambert,* for plaintiff.

*E. H. George,* for defendant.